# **<u>EXHIBIT A</u>**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Bana Electrical Testing Corp | 2/13/2023 | 267326 | Check | $ 54,461.00 |
| | | | | | $ 54,461.00 |